IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

07 JUN 13 PM 4:10

Marcie Ann Getman                        )
                                         )
100 McClung, PO Box 139                  )
                                         )
West Mineral, KS 66782                   )
(Enter above the full name of the Plaintiff(s))  )
                                         )
                                         )
vs.                                      )
                                         )
Calibrated Forms                         )
Name                                     )
                                         )    Case Number: 07-2256 JAR
537 N. East Ave.                         )
Street and number                        )
                                         )
Columbus, KS   66725                     )
City      State      Zip Code

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

CIVIL COMPLAINT PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964
or
29 U.S.C. § 621-634(b)
(Age Discrimination in Employment Act)
or
42 U.S.C. § 12111 et seq.
(Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

_____ Title VII of the Civil Rights Act of 1964.

_____ 29 U.S.C. § 621-634 (b) (Age Discrimination in Employment Act)

__X__ 42 U.S.C. § 12111 et. seq. (Americans With Disabilities Act)

1

1. Plaintiff resides at:_____

   _____

2. Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3. This Action is brought for employment discrimination, pursuant to one or both of the following laws:

   a. _____ Title VII of the Civil Rights Act of 1964 for employment discrimination.
   b. _____ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;
   c. __X__ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et. seq., for employment discrimination based on disability.

Jurisdiction is conferred on this court pursuant to 29 U.S.C. § 626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117. If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

4. Venue is invoked pursuant to 28 U.S.C. § 1391.

5. Defendant's conduct is discriminatory with respect to the following:

   a. _____ My race or color, which is_____.

   b. _____ My religion, which is _____.

   c. _____ My sex, which is _____ male; _____ female.

   d. _____ My national origin, which is _____.

   e. _____ My age, in violation of 29 U.S.C. § 623.

   f. __X__ My disability or perceived disability, which is __seizures__.

   g. _____ Other as specified below:

   _____

   _____

6. The plaintiff is an employee within the meaning of the above-cited statutes.

7. If this is an age discrimination case, the plaintiff states the following:

   a. Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

   b. My age at the time of the alleged discriminatory conduct was _____.

   c. My year of birth is _____.

8. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S. C § 630(b)(c) and (d).

9. The defendant(s) is (are) engaged in commerce within the meaning of the above-cited statutes.

10. The conduct complained of in this action concern:

   a. _____ Failure to employ

   b. _X_ Termination of employment

   c. _____ Failure to promote

   d. _____ Unequal terms and conditions of employment

   e. _____ Reduction in wages

   f. _____ Retaliation

   g. _X_ Failure to accommodate disability

   h. _____ Other acts as specified below:

   _____

   _____

   _____

   _____

   _____

3

11. The facts surrounding my claim of discrimination are:

*I was terminated because of my seizures. I was told that I could return to work at my same job & pay if I could find a doctor that would guarantee Calibrated that I would never have another seizure at work - see attached copies*

(If more space is needed you may attach additional sheets of 8½" X 11" paper.)

12. The alleged discriminatory conduct occurred on or about  09/30/04

    at  Calibrated Forms                                                        .

13. In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C.§ 626(d) and 29 U.S.C. § 633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission.

14. In accordance with 28 U.S.C. § 1343 or 29 U.S.C. § 633a(d), of this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission.

15. I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on _____.

16. I filed charges with the Equal Employment Opportunity Commission regarding the alleged discriminatory act on  11/19/05                      .

17. I filed a Notice of Intent with the Equal Employment Opportunity Commission on _____.

18. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached) which was received by me on or about  03/21/07     .

19. If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disability Act.

20. Plaintiff demands trial by jury. Yes  X   No ____

4

WHEREFORE, plaintiff prays that:

a. The court grant the relief stated in 42 U.S.C. § 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $ 300,000.00 .

b. The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

*Marcie Ann Getman*
Signature of Plaintiff

Marcie Ann Getman
Name (Print or Type)

100 McClung, PO Box 139
Address

West Mineral, KS  66782
City     State     Zip Code

(620) 827-6354
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita,   (Kansas City)   or   Topeka ), Kansas as the location for the trial in this matter.
(circle one location)

*Marcie Ann Getman*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).
(circle one)

*Marcie Ann Getman*
Signature of Plaintiff

Dated: 06/13/07
(Rev. 9/04)

5

EEOC Form 161-A (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: Marcie Getman
P.O. Box 139
West Mineral, KS 66782

From: Kansas City Area Office
Gateway Tower II
400 State Avenue
Kansas City, KS 66101

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 281-2005-04834 | Richard Thomas, Investigator | (913) 551-6647 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____   3/20/2007
James R. Neely, Jr.,          (Date Mailed)
Director

Enclosures(s)

cc: ENNIS
2441 Presidential Parkway
Midlothian, TX 76065