**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MARCIE ANN GETMAN,   Case No. 07-2256-JAR-DJW

       Plaintiff,

v.

ENNIS, INC., d/b/a CALIBRATED
FORMS CO., INC.,

       Defendant.

**STIPULATION**

       The parties, by and through their respective counsel, stipulate, agree, and ask that the Court enter its Order as follows:

       1.     Either party may conduct deposition(s) of Plaintiff's medical or healthcare providers beyond the close of discovery.  The parties agree that it is more efficient that such deposition(s) take place following the Court's consideration of Defendant's forthcoming motion for summary judgment.

       2.     Beyond the deadline for the same, Defendant may name and utilize an expert witness. The parties agree to this extension due to the fact that medical records produced by Plaintiff's healthcare providers after the original date for designation of experts, referenced significant pre-existing emotional issues.

       3.     Discovery may be conducted pursuant to this Stipulation only if it does not delay the briefing of or ruling on dispositive motions, or other pretrial preparations.  The Court will not be available to resolve any disputes that arise during the course of this extended discovery.

4. The parties agree this Stipulation is reasonable and respectfully request the Court order the same.

IT IS SO ORDERED.

Dated this 27th day of August 2008.

                                                  s/ David J. Waxse
                                                  David J. Waxse
                                                  United States Magistrate Judge

Approved:

| | |
|---|---|
| /s/   Ruth M. Benien | /s/   Jennifer J. Stocker |
| Ruth M. Benien | Jennifer J. Stocker (Kansas Bar No. 16851) |
| Benien Law Offices, Chtd. | Varnum, Riddering, Schmidt & Howlett, LLP |
| 827 Armstrong Avenue, Suite 301 | P.O. Box 352 |
| Kansas City, Kansas 66101 | Grand Rapids, Michigan 49501-0352 |
| (913) 621-7100 | (616) 336-6000 |
| Attorneys for Plaintiff | Attorneys for Defendant |

cc:    All counsel and *pro se* parties