UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____

| | | |
|---|---|---|
| MARCIE ANN GETMAN, | ) | Case No. 07-2256 JAR |
| | ) | |
| Plaintiff, | ) | Honorable Julie A. Robinson |
| | ) | Magistrate Judge David J. Waxse |
| v | ) | |
| | ) | |
| ENNIS, INC., d/b/a | ) | |
| CALIBRATED FORMS CO., INC. | ) | |
| _____ | ) | |

## STIPULATION AND ORDER FOR DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

NOW COME the parties, by and through their attorneys, and do hereby stipulate and

agree to dismiss the captioned matter with prejudice and without costs to either party.


Dated:  November 6, 2008          By:          /s/   Ruth M. Benien
                                               Ruth M. Benien
                                               Benien Law Offices, Chtd.
                                               Attorney for Marcie Ann Getman
                                               827 Armstrong Avenue, Suite #301
                                               Kansas City, KS  66101



Dated:  November 19, 2008          By:          /s/   Jennifer J. Stocker
                                               Jennifer J. Stocker
                                               Varnum Riddering Schmidt & Howlett LLP
                                               Attorneys for Ennis, Inc.
                                               Bridgewater Place, P.O. Box 352
                                               Grand Rapids, Michigan 49501-0352


IT IS SO ORDERED.  **This Order resolves the last pending claim and closes the case.**


Dated:  _____          _____
                                               Honorable Julie A. Robinson